

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2020

No. 04-20-00366-CV

Ana **GUERRA** and Miguel Guerra,
Appellants

v.

Copernicus **GUERRA**, Eric Stubbs and Monica Guerra,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-17589
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellants' second motion for an extension of time to file their brief is GRANTED. Appellants' brief is due on or before **January 11, 2021**; however, no further extensions will be granted absent extenuating circumstances.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court